The People of the State of New York, Respondent, v. Ralph Lenta, Appellant.— Judgment affirmed. No opinion.

Frances Bernhard, Respondent, v. O. L. Schwencke Land and Investment Company, Appellant, Impleaded with Nat Goldston.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jane Darcy, Appellant, v. The Presbyterian Hospital in the City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Dowling, J., dissented.

Henry Brady, as Receiver, etc., of Charles Mann Printing Company, Appellant, v. The Whitlock Printing Press Manufacturing Company, Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles B. Warner and Joseph Warner, Copartners in Business under the Firm Name of C. B. & J. Warner, Respondents, v. John A. Nelson, Appellant. (No. 2.) — Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer on payment of costs. No opinion. McLaughlin, J., dissented on the ground that in his opinion the contract lacks mutuality.

The People of the State of New York ex rel. Hugh W. Taylor, Respondent, v. Louis Strudler, Appellant.— Judgment affirmed. No opinion.

The People of the State of New York, Respondent, v. Harry Harvey, alias David Levy, Appellant. — Judgment and order affirmed. No opinion.

James Thedford, Respondent, v. Henry L. Herbert, Appellant.— Judgment and order affirmed, with costs, on former appeal (195 N. Y. 63; 203 id. 575).

Jacob Simon, Respondent, v. United Dressed Beef Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

J. Hatfield Morton, Respondent, v. Dikran B. Donchian and John B. Donchian, Appellants.— Judgment affirmed, with costs. No opinion.

Louis A. Duhain, Respondent, v. Mermod, Jaccard & King Jewelry Company, Appellant.— Judgment affirmed, with costs. No opinion.

Charlotte Greene, as Administratrix, etc., of Hugo G. Behm, Deceased, Respondent, v. Interborough Rapid Transit Company, Appellant.— Judgment and order affirmed, with costs. Ingraham, P. J., and Scott, J., dissented.

The People of the State of New York, Respondent, v. Dominick Malfetti, Appellant.— Judgment and order affirmed. No opinion.

Jessie M. Graeffe, Appellant, v. Paula Wolfsohn, Respondent.— Judgment affirmed, with costs. No opinion.

The People of the State of New York ex rel. Alexander Cassidy, Relator, v. James C. Cropsey, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with costs. No opinion.